◊AO 442     (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

FOR THE        District of        MASSACHUSETTS

UNITED STATES OF AMERICA

V.

TIFFANY MARIE ANDRADE

**WARRANT FOR ARREST**

Case Number: 10-10434-GAO-2

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest      TIFFANY MARIE ANDRADE
                                                                                               Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment     ☐ Information     ☐ Complaint     ☐ Order of court

☑ Pretrial Release     ☐ Probation     ☐ Supervised Release     ☐ Violation Notice
    Violation Petition         Violation Petition         Violation

charging him or her with    (brief description of offense)

☐ in violation of Title          United States Code, Section(s)       

☑ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

| Donald LaRoche | | (signature) |
|---|---|---|
| Name of Issuing Officer | | Signature of Issuing Officer |
| Deputy Clerk | 10/11/2011 | Boston, MA |
| Title of Issuing Officer | | Date and Location |

RECEIVED
2011 OCT 11  P 12: 27
U.S. MARSHAL SERVICE
BOSTON, MA

## RETURN

This warrant was received and executed with the arrest of the above-named individual at

WARRANT EXECUTED BY USMS-Hybe
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |